

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Oscar Ortega, Roggie Law, Steven Murdock, and Don Egdorf v. Alan Pean

Appellate case number:    01-18-00249-CV

Trial court case number:    2016-43519

Trial court:    127th District Court of Harris County

The motion for reconsideration en banc is **denied**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
                             ☐ Acting individually     ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: __December 3, 2020_____